PER CURIAM.
Affirmed. See McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013) ; Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009) ; Henry v. State, 933 So. 2d 28 (Fla. 2d DCA 2006) ; Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004) ; Sampson v. State, 845 So. 2d 271 (Fla. 2d DCA 2003) ; Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002).
NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.